IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40088
Summary Calendar
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

  v.

GUSTAVO VILLARREAL

      Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-402-03
--------------------
January 17, 2001

Before KING, Chief Judge, and SMITH and PARKER, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Gustavo Villarreal has filed a motion to withdraw and a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Villarreal has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED. Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.